UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARLENE KARU,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF SPOKANE, DETECTIVE KEVIN LANGFORD, LT. DAVID W. RICHARDS,<br><br>                    Defendants. | NO:  11-CV-0111-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

Before the Court is the parties' Agreed Motion to Dismiss (ECF No. 11). The motion was heard without oral argument.

The parties have reached a settlement in which the complaint should be dismissed with prejudice and for which the Plaintiff has given the Defendants a release on the claim in this case, without further costs to any party.

Accordingly, IT IS HEREBY ORDERED:

The parties' Agreed Motion to Dismiss (ECF No. 11) is **GRANTED**. The Complaint is dismissed with prejudice, without further costs to any party.

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 1

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 13th day of June, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 2